**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of North Carolina**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Santopietro Food Group LLC** | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | **Nancy's Pizzeria** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 6 – 3 8 7 5 6 0 0** | |

**4. Debtor's address**

**Principal place of business**

**238 Rowan Dr.**
Number        Street

**Clayton, NC 27520-2982**
City                              State     ZIP Code

**Johnston**
County

**Mailing address, if different from principal place of business**

Number        Street

City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State     ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Santopietro Food Group LLC**  
Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____  
  MM / DD / YYYY  
  District _____ When _____ Case number _____  
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor **Edge Promo Team, LLC**     Relationship **Related Entity**  
  District **Eastern District of North Carolina**     When _____  
  MM / DD / YYYY  
  Case number, if known _____

Debtor  **Santopietro Food Group LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　Number　Street<br>　　_____<br>　　City　　　　　　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor **Santopietro Food Group LLC**   Case number *(if known)* _____
    Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/13/2025**
    MM/ DD/ YYYY

X **/s/ Ted Ormsby**   **Ted Ormsby**
Signature of authorized representative of debtor   Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ William P. Janvier**   Date **08/13/2025**
Signature of attorney for debtor   MM/ DD/ YYYY

**William P. Janvier**
Printed name

**Stevens Martin Vaughn & Tadych, PLLC**
Firm name

**2225 W Millbrook Road**
Number    Street

**Raleigh**   **NC**   **27612**
City   State   ZIP Code

**(919) 582-2300**   **wjanvier@smvt.com**
Contact phone   Email address

**21136**   **NC**
Bar number   State

Fill in this information to identify the case:

Debtor name __**Santopietro Food Group LLC**__

United States Bankruptcy Court for the:
__**Eastern District of North Carolina**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/13/2025__     X __/s/ Ted Ormsby_____
                MM/ DD/ YYYY                  Signature of individual signing on behalf of debtor

                                              __Ted Ormsby__
                                              Printed name

                                              __Member__
                                              Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Santopietro Food Group LLC**

United States Bankruptcy Court for the: **Eastern District of North Carolina**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | United Community Bank<br>Attn: Managing Agent<br>125 E. Broad Street<br>Greenville, SC 29601 | | SBA Loan | | | | $600,000.00 |
| 2 | Capital Domain<br>Attn: Managing Agent<br>300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 | | | Disputed | | | $100,000.00 |
| 3 | Spring Funding<br>Attn: Managing Agent<br>2365 Nostrand Ave<br>Brooklyn, NY 11210 | | | Disputed | | | $100,000.00 |
| 4 | Funding Futures LLC<br>Attn: Managing Agent<br>100 Merrick Rd. Ste. 419e<br>Rockville Centre, NY 11570 | | | Disputed | | | $72,000.00 |
| 5 | Firstline Advance LLC<br>Attn: Managing Agent<br>99 Wall St. Ste. 2615<br>New York, NY 10005 | | | Disputed | | | $58,000.00 |
| 6 | PNC Bank<br>Attn: Managing Agent<br>PO Box 71335<br>Philadelphia, PA 19176-1335 | | | | | | $54,000.00 |
| 7 | Rewards Network<br>Attn: Managing Agent<br>540 W Madison St #2400<br>Chicago, IL 60661 | | | Disputed | | | $50,000.00 |
| 8 | Velocity Capital Group<br>Attn: Managing Agent<br>333 Pearsall Ave<br>Cedarhurst, NY 11516 | | | Disputed | | | $50,000.00 |

Debtor **Santopietro Food Group LLC** Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 DoorDash Capital<br>Attn: Managing Agent<br>301 Howard St. Ste. 1500<br>San Francisco, CA 94105 | | | Disputed | | | $46,000.00 |
| 10 E Advance Services LLC<br>Attn: Managing Agent<br>370 Lexington Ave Suite 801<br>New York, NY 10017 | | | Disputed | | | $40,000.00 |
| 11 Shopify Capital<br>Attn: Managing Agent<br>33 Montgomery St. Ste. 750<br>San Francisco, CA 94105 | | | Disputed | | | $40,000.00 |
| 12 Capital One<br>Attn: Managing Agent<br>PO Box 71087<br>Charlotte, NC 28272-1087 | | | | | | $16,000.00 |
| 13 Capital One<br>Attn: Managing Agent<br>PO Box 71087<br>Charlotte, NC 28272-1087 | | | | | | $12,000.00 |
| 14 Chicago Franchise Systems<br>Attn: Managing Agent<br>18861 90th Ave Ste. H<br>Mokena, IL 60448 | | | | | | $10,000.00 |
| 15 Finpoint Funding<br>Attn: Managing Agent<br>226 W 37th<br>New York, NY 10018 | | | Disputed | | | Unknown |
| 16 JNG Capital LLC<br>Attn: Managing Agent<br>162 Elmora Ave. #221<br>Elizabeth, NJ 07202 | | | Disputed | | | Unknown |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **Santopietro Food Group LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **08/13/2025**   Signature   **/s/ Ted Ormsby**
                                    Ted Ormsby, Member

Capital Domain
Attn: Managing Agent
300 Tice Blvd.
Woodcliff Lake, NJ 07677

Capital One
Attn: Managing Agent
PO Box 71087
Charlotte, NC 28272-1087

Chicago Franchise Systems
Attn: Managing Agent
18861 90th Ave Ste. H
Mokena, IL 60448

CT Corporation System, as Rep
Attn: SPRS/MangingAgent
330 N. Brand Blvd Ste 700
Glendale, CA 91203

DoorDash Capital
Attn: Managing Agent
301 Howard St. Ste. 1500
San Francisco, CA 94105

E Advance Services LLC
Attn: Managing Agent
370 Lexington Ave Suite 801
New York, NY 10017

Finpoint Funding
Attn: Managing Agent
226 W 37th
New York, NY 10018

Firstline Advance LLC
Attn: Managing Agent
99 Wall St. Ste. 2615
New York, NY 10005

Funding Futures LLC
Attn: Managing Agent
100 Merrick Rd. Ste. 419e
Rockville Centre, NY 11570


Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346


JNG Capital LLC
Attn: Managing Agent
162 Elmora Ave. #221
Elizabeth, NJ 07202


KIMCO
Attn: Managing Agent
500 North Broadway Ste. 201
Jericho, NY 11753


NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168


PNC Bank
Attn: Managing Agent
PO Box 71335
Philadelphia, PA 19176-1335


Rewards Network
Attn: Managing Agent
540 W Madison St #2400
Chicago, IL 60661


Shopify Capital
Attn: Managing Agent
33 Montgomery St. Ste. 750
San Francisco, CA 94105

Shopify Capital
Attn: Managing Agent
100 Shockoe Slip 2nd Floor
Richmond, VA 23219


Spring Funding
Attn: Managing Agent
2365 Nostrand Ave
Brooklyn, NY 11210


United Community Bank
Attn: Managing Agent
125 E. Broad Street
Greenville, SC 29601


US Attorney General
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530


US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601


Velocity Capital Group
Attn: Managing Agent
333 Pearsall Ave
Cedarhurst, NY 11516


WebBank
Attn: Managing Agent
215 South State Street Ste. 1000
Salt Lake City, UT 84111

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Santopietro Food Group LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Santopietro Food Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**08/13/2025**  
Date

/s/ William P. Janvier  
**William P. Janvier**  
Signature of Attorney or Litigant  
Counsel for **Santopietro Food Group LLC**  
**Bar Number: 21136**  
**Stevens Martin Vaughn & Tadych, PLLC**  
**2225 W Millbrook Road**  
**Raleigh, NC 27612**  
**Phone: (919) 582-2300**  
**Email: wjanvier@smvt.com**